26mj84 DLM

## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 111(a)(1) |
| | ) | |
| v. | ) | |
| | ) | |
| ILAN WILSON-SOLER, | ) | |
| | ) | |
| Defendant. | ) | |

### THE UNITED STATES ATTORNEY CHARGES THAT:

**Count One**
(Assaulting, Resisting, or Impeding Certain Officers or Employees)

On or about January 7, 2026, in the State and District of Minnesota, the defendant,

**ILAN WILSON-SOLER,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, a United States Border Patrol employee, while such employee was engaged in and on account of the performance of official duties, all in violation of Title 18, United States Code, Section 111(a)(1).

Dated: February 23, 2026

DANIEL N. ROSEN
United States Attorney

/s/    *Zain Abid*
BY:   ZAIN ABID
Special Assistant United States Attorney

SCANNED
FEB 23 2026
U.S. DISTRICT COURT MPLS