# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Douglas L. Micko |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-mj-84 (JBW/DLM) |
| | ) | Date: March 11, 2026 |
| Ilan Wilson-Soler, | ) | Courthouse: St. Paul |
| | ) | Courtroom: 6B |
| Defendant, | ) | Court Reporter: Digital Recording |
| | | Time Commenced: 10:10 am |
| | | Time Concluded: 10:13 am |
| | | Time in Court: 3 minutes |

**APPEARANCES:**

| | |
|---|---|
| Plaintiff: | Michael Hakes-Rodriguez, Assistant U.S. Attorney |
| Defendant: | Patrick Cotter, CJA |

**Information Dated:** March 11, 2026

X Reading of Information Waived
X Not Guilty Plea Entered
X Arraignment Order to issue

_____s/CLC_
Signature of Law Clerk