UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------------------------------------------
                                          )
UNITED STATES OF AMERICA,                 )        Case No. 0:26-mj-00084 (JWB/DLM)
                                          )
                          Plaintiff,      )
vs.                                       )
                                          )        **ILAN WILSON-SOLER'S MOTION**
                                          )        **FOR GOVERNMENT AGENTS TO**
Ilan Wilson-Soler                         )        **RETAIN ROUGH NOTES AND**
                                          )              **EVIDENCE**
                          Defendant.      )
                                          )
---------------------------------------------------------------------

Ilan Wilson-Soler, by and through his attorney, Patrick L. Cotter, pursuant to Title 18, United States Code, Section 3500 *et seq., Brady v. Maryland*, 375 U.S. 83 (1963), and Rule 16 of the Federal Rules of Criminal Procedure, moves the Court for an Order requiring any law enforcement agent to retain and preserve all rough notes taken as a part of their investigation, whether or not the contents of such rough notes are incorporated in official records.  Mr. Wilson-Soler so moves on the following grounds:

1.     Rough notes are considered statements within the meaning of Title 18, United States Code, Section 3500(e)(1); *United States v. Bernard*, 607 F.2d 1257 (9th Cir. 1979); *United States v. Gaston*, 608 F.2d 607 (5th Cir. 1979);

2.     Destruction of rough notes by law enforcement officials usurps the judicial function of determining what evidence must be produced.  *United States v. Harris*, 543 F.2d 1247 (9th Cir. 1976);

3.     The rough notes may contain facts favorable to the defense.

Respectfully submitted,

**SIEBEN & COTTER, PLLC**

Dated:  March 27, 2026.          /s/ Patrick L. Cotter

Patrick L. Cotter (#0319120)
105 Hardman Court, Suite 110
South St. Paul, MN 55075
Phone: (651)-455-1555
Fax: (651) 455-9055
patrick@siebencotterlaw.com

**ATTORNEYS FOR DEFENDANT
ILAN WILSON-SOLER**

2