UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. 0:26-mj-00084 (JWB/DLM) |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ILAN WILSON-SOLER'S MOTION** |
| | ) ) | **FOR AN ORDER TO SHOW CAUSE** |
| Ilan Wilson-Soler | ) ) | |
| Defendant. | ) ) | |

Defendant, Ilan Wilson-Soler, respectfully moves the Court for an Order to Show Cause why the Government should not be held in contempt and why the Court should not sanction the Government under the Court's inherent authority for violating the Court's sealing order by publishing an inflammatory "press release" about Mr. Wilson-Soler while the case was under seal.

Mr. Wilson-Soler was arrested on January 7, 2026 by Border Patrol Officers. He was taken in cuffs and shackles to the Federal Whipple Building, along with several other protesters. On January 26, 2026 the United States Attorney's Office filed a criminal complaint charging Mr. Wilson Soler with offenses in Violation of 18.U.S.C. 111(a)(1) and (b). (Doc. 1.). On that same day the United States Attorney's office file a Petition to Seal Documents with the Court. (Doc. 3). The Court issued and Order Granting the Petition to Seal that same day. (Doc. 4). On January 28, 2026 Attorney General Pam Bondi's office issued a press release on "X" identifying Mr. Wilson-Soler and others in a mugshot style photograph in handcuffs and inserting inflammatory statements calling him an "Anti- ICE

anarchist" fighting for "rapist, murderers, drug dealers and predators in their community."
(See attachment A).

A court order sealing a criminal case is not a suggestion, and the Court has the authority to impose civil contempt for the Government's disobedience in publicly distributing information subject to the Order. The Department of Justice has abused these judicial proceedings for a purely political act without sufficient consideration of Constitutional or ethical restraints on the Department of Justice. The Court has both the authority and the obligation to protect the fairness and dignity of the proceedings before it. When the Government uses publicity tactics that violate a court order, intimidate the accused and potential witnesses, and undermine confidence in the judicial process, the Court may act to stop the harm, require accountability, and impose remedial measures. The Court should order the Government to show cause why sanctions and other curative relief are not warranted for the Government's violation of its order sealing Mr. Wilson-Soler's case.

Mr. Wilson-Soler joins the very well-presented legal analysis filed in similarly situated defendant's cases 26-mj-56 (JNE/DLM) at Doc. 32 and 26-mj-77 (SRN/ECW) at Doc. 27.

2

Respectfully submitted,

**SIEBEN & COTTER, PLLC**

Dated:  March 27, 2026.          */s/ Patrick L. Cotter*
Patrick L. Cotter (#0319120)
105 Hardman Court, Suite 110
South St. Paul, MN 55075
Phone: (651)-455-1555
Fax: (651) 455-9055
patrick@siebencotterlaw.com

**ATTORNEYS FOR DEFENDANT
ILAN WILSON-SOLER**



ATTACHMENT A











https://www.fox9.com/news/ice-agents-outside-roosevelt-high-school-draws-conflicting-accounts-from-union-dhs

https://www.instagram.com/reel/DTYVZQ2jbvK/?utm_source=ig_web_copy_link

https://www.mprnews.org/story/2026/01/08/after-border-patrol-clash-at-roosevelt-minneapolis-schools-cancel-classes

https://www.youtube.com/watch?v=CwhoLYREvYw

https://www.facebook.com/watch/?v=757449844044647

https://www.google.com/search?client=firefox-b-1-d&hs=WP29&sca_esv=f6fcd368e28e4a63&channel=entpr&sxsrf=ANbL-n6ojdbfrD7GnrScIhCqdOsRwgVqIw:1771371760427&udm=7&fbs=ADc_l-aN0CWEZBOHjofHoaMMDiKp0UJuhqwKhR0QUhF54-6jIX2xhuqmjuyJb8bmeAomNlFhFgGoQV9IOSi2pRgfss6WW68KJe3I8Ub0bpqU_Cpx NOU3ouPm1rcDj69kNiSPCdePoCJZF3Paub3lrNwn_-TOJ2TRyqWuCBhomZ3eaahEngCCSPBSSH2RcoqgYk3afUlVOZSqpPuvY44UvrNxLv LznWabSA&q=mn+roosevelt+high+school+january+7&sa=X&ved=2ahUKEwielq6E2u GSAxWK4ckDHWq_N7IQtKgLegQIFxAB&biw=1920&bih=947&dpr=1#fpstate=ive&vld=cid:39d32308,vid:atjKe3nL2EM,st:0

https://www.kare11.com/video/news/local/ice-in-minnesota/federal-agent-activity-outside-minneapolis-school/89-8cd1a5f2-4128-4b91-92d1-3fedf6b1c78e

https://www.facebook.com/watch/?v=1437355957967003

https://www.facebook.com/watch/?v=907100071750608

https://www.nytimes.com/video/us/100000010633405/minneapolis-border-patrol-school-ice.html