UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-MJ-84 (JWB/DLM)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ILAN WILSON-SOLER,

Defendant.

**GOVERNMENT'S OBJECTION TO DEFENDANT'S LATE FILING OF ECF No. 36**

The Defendant, Ilan Wilson-Soler, has filed an untimely Motion for a Bill of Particulars. ECF No. 36. This was filed on April 17, 2026, past the April 1, 2026, filing deadline set by this Court in ECF No 22.

The United States opposes Mr. Wilson-Soler's motion and requests this Court reject his late filing under Fed. R. Crim. Pro. 45(b) because no good cause has been shown, nor has he filed a motion requesting to file late. If this Court allows Mr. Wilson-Soler's late motion, the United States requests time to respond to the merits of his motion.

[*rest of page left intentionally blank*]

1

Dated: April 17, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/Richard M. Hoover*

BY: RICHARD M. HOOVER
MND No. 710133MA
Special Assistant U.S. Attorney
DOJ-USAO
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415
202-251-2107
Email: richard.hoover@usdoj.gov

2