UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------------------------------------

UNITED STATES OF AMERICA,                )
                                         )   Case No. 0:26-mj-00084 (JWB/DLM)
                                         )
                            Plaintiff,   )
                                         )
vs.                                      )
                                         )   **MOTION FOR LEAVE FOR LATE FILING**
                                         )
Ilan Wilson-Soler                        )
                                         )
                            Defendant.   )
                                         )
------------------------------------------------------------------

Defendant Ilan Wilson-Soler, through undersigned counsel, respectfully moves the Court for leave for the late filing of Motion for Bill of Particulars ECF No. 36 pursuant to Fed. R. Crim. P. 45(b). In reviewing the matter for the upcoming motions hearing, counsel found additional concern with the information as further outlined in the motion at ECF 36. This motion relates to the charging document itself, and the request does not in any way prejudice the Government or unduly delay the proceedings. The defense has no objection to allowing time for the Government to respond.

Respectfully submitted,

**SIEBEN & COTTER, PLLC**

Dated:  April 20, 2026

/s/ Patrick L. Cotter
Patrick L. Cotter (#0319120)
105 Hardman Court, Suite 110
South St. Paul, MN 55075
Phone: (651)-455-1555
patrick@siebencotterlaw.com