UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 0:26-mj-00084 (JWB/DLM) |
| | ) | |
| Plaintiff, | ) | **STATEMENT OF FACTS IN SUPPORT** |
| vs. | ) | **OF EXLCUSION OF TIME UNDER** |
| | ) | **THE SPEEDY TRIAL ACT** |
| Ilan Wilson-Soler | ) | |
| | ) | |
| Defendant. | | |

Pursuant to 18 U.S.C. § 316(h)(7)(A), I, Ilan Wilson-Soler, the defendant in this case agree to the following statement of facts in support of the exclusion of time under the Speedy Trial Act. I need additional time to consult with my attorney and continue negotiations with the Government.

Based on the above facts, I request the Court to exclude 180 days under the Speedy Trial Act. Specifically, I request that starting on the date of the Court's Order, 180 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated:   05/21/2026

Ilan Wilson-Soler (May 21, 2026 09:49:24 EDT)

Ilan Wilson-Solar

SIEBEN & COTTER, PLLC

Dated:  May 20, 2026                    /s/ Patrick L. Cotter

Patrick L. Cotter (#0319120)
105 Hardman Court, Suite 110
South St. Paul, MN 55075
Phone: (651)-455-1555
Fax: (651) 455-9055
patrick@siebencotterlaw.com
**ATTORNEYS FOR DEFENDANT**
**ILAN WILSON-SOLER**